IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIEL JOHNSON : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 14-6755 |
| JOHN E. WETZEL, et al. : | |

**ORDER**

**AND NOW** this 14th day of April, 2015, upon consideration of Jamiel Johnson's motion for pre-appointment of counsel, to reconsider the order, to take judicial notice, and to stay and abey (Doc. Nos. 3, 4), **IT IS HEREBY ORDERED** that the motion is **DENIED**.

/s/  William H. Yohn Jr.
William H. Yohn Jr., Judge