# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIEL JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, BRIAN V. COLEMAN, | : | |
| KATHLEEN KANE and R. SETH WILLIAMS | : | NO. 14-6755 |

## ORDER

**NOW**, this 3rd day of June, 2019, upon consideration of the Petition for Relief from a Conviction or Sentence by a Person in State Custody (Document No. 12), the respondents' Response to Petition for Writ of *Habeas Corpus*, the Report and Recommendation filed by United States Magistrate Judge Marilyn Heffley (Document No. 128), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Marilyn Heffley is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of *Habeas Corpus* is **DISMISSED**; and,

4. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.